USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/16/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

TERRENCE PORTER,

Defendant.

26-cr-430 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

In advance of the *Curcio* hearing scheduled for November 19, 2026, the Government is directed to submit a list of proposed questions for the Court to inquire of Defendant. The Government shall submit its list by the close of business on November 18, 2026.

SO ORDERED.

Dated: November 16, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge