Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

November 19, 2026

**Via ECF**

Hon. Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

REQUEST GRANTED.
The Court will hold a bail hearing in this matter on Tuesday, November 24, 2026 at 2:00PM in Courtroom 15C at the 500 Pearl Street Courthouse. In the event Mr. Porter is unable to appear in-person, the Government is directed to make arrangements for Mr. Porter to appear remotely by telephone.

**Re.** **United States v. Terrence Porter**
**26 Cr. 430 (LJL)**

11/19/2026 SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Dear Judge Liman:

I write to respectfully request that the Court set a briefing and argument schedule for the defense's anticipated bail application on behalf of Mr. Porter. The defense intends to file by Friday, November 20, 2026, a request for Mr. Porter to be released from custody. The Government respectfully requests that it be allowed until Monday, November 23, 2026, to respond, and the parties jointly request that oral argument be held on Tuesday, November 24, 2026.[1]

I thank the Court for its consideration.

Respectfully submitted,

/s/

Neil P. Kelly
Assistant Federal Defender
(212) 417-8744

cc: Counsel of record

---

[1] To the extent Mr. Porter is unable to attend any hearing in-person due to his health conditions, the defense will request under separate cover that Mr. Porter be permitted to participate in the conference remotely by telephone.