Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

November 20, 2026

**<u>Via ECF</u>**

REQUEST GRANTED.

11/23/2026 SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Hon. Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re. <u>United States v. Terrence Porter</u>**
**26 Cr. 430 (LJL)**

Dear Judge Liman:

I write to provide an update regarding Mr. Porter's condition and the defense's anticipated release request. As of this writing, Mr. Porter remains hospitalized. The defense and the Government are engaged in discussions regarding a potential agreed-upon set of conditions for Mr. Porter's release. To allow the parties time to pursue those discussions, I respectfully request that the Court allow both parties until Monday, November 23, 2026 to file any submissions regarding release or continued detention. We ask that the Court maintain the Tuesday, November 24, 2026 appearance.

Respectfully submitted,

/s/

Neil P. Kelly
Assistant Federal Defender
(212) 417-8744

cc: Counsel of record