UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

TERRENCE PORTER,

Defendant(s).
---------------------------------------------------------------X

**RELEASE ORDER**

**26-CR-430 (LJL)**

Upon the application of Neil P. Kelly, Esq., attorney for Terrence Porter (Reg. No. 51163-506), for temporary release pursuant to 18 U.S.C. § 3142(i), and with the Government's consent, IT IS HEREBY ORDERED:

1. Pursuant to 18 U.S.C. § 3145(c), the defendant's application for release is GRANTED under the following conditions:

a. A personal recognizance bond in the amount of $100,000, to be signed by the defendant and co-signed by two financially responsible persons, as approved by the United States Attorney's Office;

b. Defendant is to be released to the custody of [redacted];

c. Home incarceration at [redacted] home at [redacted], with leave only for emergency medical appointments or medical or legal appointments approved by Pretrial Services, enforced by location monitoring equipment as determined by Pretrial Services;

d. Transportation to and from preapproved medical or legal appointments in the custody of an individual pre-approved by the Government and Pretrial Services;

e. Supervision as directed by Pretrial Services;

f. Surrender any travel documents and make no new applications;

g. Travel restricted to the Southern and Eastern Districts of New York;

h. No possession of any firearm, destructive device, or other weapon;

i. Submission to drug testing and enrollment in substance abuse treatment if directed by Pretrial Services;

j. No use or possession of any narcotic drug or controlled substance unless prescribed by a licensed medical practitioner;

k. Compliance with the Cybercrime Management Program;

l. No contact with co-defendants, victims, or witnesses unless in the presence of counsel; and

m. Release upon the defendant's signature, with all other conditions to be satisfied within two weeks of the date of this Order.

2. The Pretrial Services Office shall conduct a home visit within 48 hours of this order to the extent practicable or as soon as possible after entry of this Order.

3. The Pretrial Services Office is directed to immediately alert the Court, the Government and defense counsel of any violation of the above conditions.

4. The defendant is hereby notified that any violation of the conditions of release will likely result in revocation of this temporary release.

5. Defense counsel is directed to submit a status update letter to the Court once a month, informing the Court as to the defendant's status, health, and compliance with the conditions of release.

Dated: New York, New York
November 24, 2026

**HON. LEWIS J. LIMAN**
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK